May it please the Court, my name is Jake Jackarts of South Pasadena. Okay, hang on just a second. Apparently counsel for the government is not present, and he had another case that was on this week's calendar on another day which was submitted without argument and apparently confused the two cases or thought they had both been submitted. I understand from the courtroom clerk he's asked that the argument be set for another day or both parties by telephone this week or at some other convenient date. And we've conferred about this, and our conclusion is that we should submit this case on the briefs. We appreciate your coming in today. If we have questions or require supplemental briefing, we will of course ask both sides for that supplemental briefing. I'm sorry you weren't able to argue today, but the Court appreciates your coming in. Okay. So the case just listed will be submitted for decision as of today, and we'll proceed to the last case on the calendar.
judges: Hawkins, W.fletcher, Breyer